JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| - v. - | : |
| JOSE MENA, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

INDICTMENT

06 CRIM. 112

### COUNT ONE

The Grand Jury charges:

On or about May 29, 2002, and continuing thereafter, in the Southern District of New York and elsewhere, JOSE MENA, the defendant, having been released on bail in connection with a charge of an offense punishable by imprisonment of five years or more, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, JOSE MENA failed to appear before United States District Judge Thomas P. Griesa on May 29, 2002 for a sentencing hearing in the matter of <u>United States v. Jose Mena</u>, 01 Cr. 680 (TPG), or at any time thereafter.

(Title 18, United States Code, Sections 3146(a)(1)
and (b)(1)(A)(ii).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE MENA,

Defendant.

INDICTMENT

06 Cr.

(18, U.S.C. §§ 3146(a)(1)
and (b)(1)(A)(ii).)


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

2/3/06 *[handwritten notation: Fld Ind Part 11-1-07 This case is assigned to Judge Patterson for all purposes]*

*[signature]*